# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 98-618V
(Not to be published)

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                                *
WENDELL LEE COPELAND                            *
and KAREN COPELAND, as                          *
parents of K.C.C., a minor,                     *
                                                *
            Petitioners,                        *
                                                *    Filed:  March 31, 2015
        v.                                      *
                                                *    Decision on Attorneys'
SECRETARY OF HEALTH AND                         *    Fees and Costs
HUMAN SERVICES                                  *
                                                *
            Respondent.                         *
                                                *
* * * * * * * * * * * * * * * * * * * * * * * *
```

### DECISION (ATTORNEY FEES AND COSTS)

   In this case under the National Vaccine Injury Compensation Program,[1] I issued a decision on August 7, 2014.  On March 27, 2015, the parties filed a Stipulation Regarding Final Attorneys' Fees and Costs in this matter.  The parties' stipulation requests a total payment of $52,750.00, representing attorneys' fees and costs for work performed by the law firm of Clifford J. Shoemaker.

   I find that this petition was brought in good faith and that there existed a reasonable basis for the claim.  Therefore, an award for fees and costs is appropriate, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1).  Further, the proposed amount seems reasonable and appropriate.  **Accordingly, I hereby award the total $52,750.00 as a lump sum in the form of a check payable jointly to petitioners and petitioners' counsel, Clifford J. Shoemaker.**

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2006).

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

   /s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.